IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD WHITE,

      Plaintiff,                   No. CIV S-07-1218 LKK GGH P

    vs.

DEPARTMENT OF THE
CORRECTIONAL EMPLOYEE
AD-SEG STATUS, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 7, 2007, the court dismissed plaintiff's complaint with leave to amend. Pending before the court is plaintiff's amended complaint filed August 30, 2007.

        Named as defendants are Correctional Officers Rasmussen, Humphries and McCusker. Plaintiff alleges that defendants violated his rights by refusing to issue his legal property to him and grant him law library access.

        The court construes plaintiff's amended complaint to be alleging a claim for violation of the right to access the courts. In order to state such a claim, plaintiff must allege that he suffered an actual injury to his ability to litigate an action challenging the validity or conditions of his confinement. Lewis v. Casey, 518 U.S. 343, 354-55, 116 S.Ct. 2174 (1996).

1

1  Plaintiff does not allege that he suffered an actual injury as a result of defendants' conduct.
2  Plaintiff does not allege how his failure to have access to his legal property or the law library
3  caused him to suffer an actual injury to his ability to litigate an action challenging the validity or
4  conditions of his confinement. Accordingly, the amended complaint is dismissed on this ground.
5       Accordingly, IT IS HEREBY ORDERED that the amended complaint filed
6  August 30, 2007, is dismissed with thirty days to file a second amended complaint; failure to file
7  a second amended complaint within that time will result in a recommendation of dismissal of this
8  action.
9  DATED: 10/1/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

wh1218.ame