IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD WHITE,

        Plaintiff,                     No. CIV S-07-1218 LKK GGH P

    vs.

DEPARTMENT OF THE
CORRECTIONAL EMPLOYEE
AD-SEG STATUS, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On October 2, 2007, the court dismissed the amended complaint with thirty days to file a second amended complaint. On October 16, 2007, plaintiff filed a notice stating that he does not want to amend his complaint. It is unclear whether plaintiff wishes to voluntarily dismiss this action or whether he is disputing the grounds on which the court dismissed the amended complaint.

/////

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2  this order, plaintiff shall clarify whether he intends to voluntarily dismiss this action or disputes
3  the grounds on which the court dismissed the amended complaint.
4  DATED: 11/26/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

wh1218.59