IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD WHITE

    Plaintiff,               No. CIV S-07-1218 LKK GGH P

    vs.

DEPARTMENT OF THE
CORRECTIONAL EMPLOYEE
AD-SEG STATUS, et al.,

    Defendants.           FINDINGS & RECOMMENDATIONS

_____/

        On October 2, 2007, the court dismissed the amended complaint with thirty days to file a second amended complaint because plaintiff failed to state a colorable claim for relief. In particular, the court found that plaintiff failed to state a colorable claim for violation of the right to access the courts.

        On October 16, 2007, plaintiff filed a notice stating that he did not want to amend his complaint. It was unclear whether plaintiff wished to voluntarily dismiss this action or whether he was disputing the grounds on which the court dismissed the amended complaint. Accordingly, on November 26, 2007, the court ordered plaintiff to inform the court within twenty days whether he intended to voluntarily dismiss this action or disputed the grounds on which the court dismissed the amended complaint.

1

1  Twenty days passed and plaintiff did not respond to the November 26, 2007,
2 order. Accordingly, the court recommends that this action be dismissed for the reasons stated in
3 the October 2, 2007, order.
4  Accordingly, for the reasons stated in the October 2, 2007, order, IT IS HEREBY
5 RECOMMENDED that this action be dismissed for failing to state a colorable claim for relief.
6  These findings and recommendations are submitted to the United States District
7 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
8 twenty days after being served with these findings and recommendations, plaintiff may file
9 written objections with the court.  The document should be captioned "Objections to Magistrate
10 Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections
11 within the specified time may waive the right to appeal the District Court's order.
12 DATED: 02/20/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wh1218.dis