UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD WHITE,

        Plaintiff,

   v.

DEPARTMENT OF THE CORRECTIONAL EMPLOYEE AD-SEG STATUS, et al.,

        Defendants.

NO. CIV. S-07-1218 LKK/GGH P

O R D E R

    On April 16, 2008, this court issued an Order adopting in full the February 20, 2008 Findings and Recommendations of the Magistrate Judge, dismissed the action for failing to state a colorable claim for relief, and entered judgment for defendant. ECF Nos. 17 (Order) & 18 (Judgment).

    Plaintiff now, five years later, has filed what appears to be a motion "to reconsider." The court may reconsider its prior orders. See E.D. Cal. R. 230(j) (applications for reconsideration). It may also grant plaintiff relief from a prior judgment or order, where cause is shown. See Fed. R. Civ.

1

P. 60(b) (grounds for relief from a final judgment or order).[1]

The court has reviewed plaintiff's handwritten motion as best it can, and can discern no basis stated therein for reconsidering the court's prior order.

Accordingly, plaintiff's motion for reconsideration (ECF No. 19) is **DENIED**.

IT IS SO ORDERED.

DATED:  May 13, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court may alter or amend a judgment, on motion filed within 28 days after entry of the judgment.  Fed. R. Civ. P. 59(e). The time limit for altering or amending the judgment expired long ago.

2